Home > Quotes > AMZN > Company Financials

**amazon.com**
Follow

**AMZN Company Financials**

**$753.75*  6.83   0.9%**

*Delayed - data as of Aug. 3, 2016 12:49 ET  -  Find a broker to begin trading AMZN now

**Income Statement**   Balance Sheet   Cash Flow   Financial Ratios

Quarterly Income Statement (values in 000's)                                              Get Annual Data

| Quarter: | Trend | 2nd | 1st | 4th | 3rd |
|---|---|---|---|---|---|
| Quarter Ending: | | 6/30/2016 | 3/31/2016 | 12/31/2015 | 9/30/2015 |
| Total Revenue | | $30,404,000 | $29,128,000 | $35,747,000 | $25,358,000 |
| Cost of Revenue | | $19,181,000 | $18,866,000 | $24,341,000 | $16,755,000 |
| Gross Profit | | $11,223,000 | $10,262,000 | $11,406,000 | $8,603,000 |
| Operating Expenses | | | | | |
| Research and Development | | $0 | $0 | $0 | $0 |
| Sales, General and Admin. | | $9,938,000 | $9,191,000 | $10,297,000 | $8,198,000 |
| Non-Recurring Items | | $0 | $0 | $0 | $0 |
| Other Operating Items | | $0 | $0 | $0 | $0 |
| Operating Income | | $1,285,000 | $1,071,000 | $1,109,000 | $405,000 |
| Add'l income/expense items | | $9,000 | $102,000 | ($56,000) | ($42,000) |
| Earnings Before Interest and Tax | | $1,294,000 | $1,173,000 | $1,053,000 | $363,000 |
| Interest Expense | | $116,000 | $117,000 | $115,000 | $116,000 |
| Earnings Before Tax | | $1,178,000 | $1,056,000 | $938,000 | $247,000 |
| Income Tax | | $307,000 | $475,000 | $452,000 | $161,000 |
| Minority Interest | | $0 | $0 | $0 | $0 |
| Equity Earnings/Loss Unconsolidated Subsidiary | | ($14,000) | ($68,000) | ($4,000) | ($7,000) |
| Net Income-Cont. Operations | | $857,000 | $513,000 | $482,000 | $79,000 |
| Net Income | | $857,000 | $513,000 | $482,000 | $79,000 |
| Net Income Applicable to Common Shareholders | | $857,000 | $513,000 | $482,000 | $79,000 |

See also: Company Financials data entry page

Google | What were Amazon.com's gross earnings before deductions in 2016 | Sign in



Google works better with Chrome

Yes, get Chrome now

All   News   Images   Shopping   Videos   More ▼   Search tools

About 3,770,000 results (0.92 seconds)

### AMZN Annual Income Statement - Amazon.com Inc. Annual Financials
www.marketwatch.com/investing/stock/amzn/financials ▼ MarketWatch ▼
Updated annual **income** statement for **Amazon.com** Inc. - including AMZN **income** ... Aug 2, **2016**, 7:59 p.m. ... **Gross Income**, 10.79B, 14.29B, 19.82B, 25.11B, 34.02B .... Why your company should think twice **before** tweeting about the Olympics.
Missing: ~~deductions~~

### Amazon.com, Inc. (AMZN) Income Statement - NASDAQ.com
www.nasdaq.com › Quotes › AMZN › Company Financials ▼ NASDAQ ▼
Income Statement for **Amazon.com**, Inc. (AMZN) - view income statements, balance sheet, cash flow, and key financial ratios for **Amazon.com**, Inc. and all the companies you research at NASDAQ.com. ... 2, **2016** - Find a broker to begin trading AMZN now. Exchange: ... **Total Revenue** ... **Earnings Before** Interest and Tax ...
Missing: ~~deductions~~

### tax season 2016 - Amazon Seller Forums
https://sellercentral.amazon.com/forums/thread.jspa?messageID... ▼ Amazon.com, Inc. ▼
Jan 12, 2016 - Or sales numbers **before** all the fees are taken out? ... the customers **were** a "mutual" customer of both the sellers and **Amazon's**, but ever since ... I thought it was report amazon payments as profit/**gross** revenue because they .... **Deduct** all expenses: Amazon Fee, Amazon Seller Monthly Fee, Shipping, Cost ...

### Amazon.com Help: IRS Reporting Regulations on Third-Party ...
https://www.amazon.com/gp/help/customer/display.html?nodeId... ▼ Amazon.com, Inc. ▼
Do these regulations apply to non-**profit** organizations? .... Seller promotional discount -$10 (subtracted **before** the **gross** sales amount is calculated) .... This amount may include **deductions** for promotional rebates. ... Conditions of Use · Privacy Notice · Interest-Based Ads; © 1996-**2016**, **Amazon.com**, Inc. or its affiliates ...

### Amazon.com Help: About Use Tax Notification
https://www.amazon.com/gp/help/customer/display.html?nodeId... ▼ Amazon.com, Inc. ▼
Use the **total** sales price included on your notification e-mail when completing your **income** tax return in order to calculate any use tax owed - unless you've ...

### Amazon KDP Support: Tax question (not about when Tax forms ...
https://kdp.amazon.com/community/thread.jspa?threadID=283028 ▼ Amazon.com, Inc. ▼
Jan 30, 2016 - Replies: 5 - Pages: 1 - Last Post: Jan 31, **2016** 2:35 AM Last Post By: Notjohn ... have anything at all to do with this question, just so we're all clear. ... **Amazon earnings**, will be small enough so that it can be **deducted** ... That will be on the **gross** of, your day-job **earnings** and your **Amazon earnings**, together.

Self-publishing and Taxes ...                     Jul 3, 2016
OK, where are my payments? **Second ...   Dec 17, 2013
More results from kdp.amazon.com

### Amazon.com Inc. (AMZN) | Income Taxes - Stock Analysis on Net
https://www.stock-analysis-on.net/NASDAQ/Company/Amazoncom.../Income-Taxes ▼
Trend analysis of **Amazon.com's** current and deferred **income** tax expense, ... are indefinitely invested outside of the U.S **were** $1.5 billion as of December 31, 2015. .... be **deducted** for tax purposes when permitted under enacted tax laws (**before** ... **Amazon.com** Inc.'s **gross** deferred tax assets increased from 2013 to 2014 ...

### February 2016 Author Earnings Report: Amazon's Ebook, Print, and ...
authorearnings.com/report/february-2016-author-earnings-report/ ▼
Feb 9, 2016 - We ended up with nearly a million distinct data points in **total**. .... As of mid-January **2016**, **Amazon's** US ebook sales **were** running at a rate of ...... and then **deducted** from later royalties earned **before** the author receives any ...

### How To Find The Total Fees Paid To Amazon For Filling Taxes With ...
thesellingfamily.com/how-to-find-the-total-fees-paid-to-amazon-for-filling-taxes-with... ▼
Feb 2, 2014 - These also include shipping fees that **were** paid to Amazon. ... **Before** you can file your taxes, you will need to do some research in ... you are only accountable for the net **income** you receive from Amazon. ... "8 Tax **Deductions** Every **Amazon** Seller Should Know About" post. .... Search TheSellingFamily.com.

### [PDF] AMAZON.COM, INC. - Investor Relations Solutions
phx.corporate-ir.net/External.File?item...t=1 ▼
Apr 28, 2016 - For the quarterly period ended March 31, **2016** or .... Total non-operating **income** (expense). (15). (234). **Income** (loss) **before income** taxes ...... compensation **deductions were** $207 million and $22 million in Q1 **2016** and Q1 ...

Case 2:16-cv-01056-WED   Filed 08/10/16   Page 2 of 13   Document 1-1

Searches related to What were Amazon.com's gross earnings before deductions in 2016

| | |
|---|---|
| amazon **income statement 2014** | amazon **financial analysis** |
| amazon **yearly profit** | amazon **annual revenue 2015** |
| amazon **income statement 2015** | amazon **net income 2014** |
| amazon **net profit** | amazon **annual sales 2015** |

1 2 3 4 5 6 7 8 9 10    Next

Milwaukee, WI - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy    Terms



    

## Amazon.com Inc.
NASDAQ: AMZN

OVERVIEW  PROFILE  NEWS  CHARTS  FINANCIALS  HISTORICAL QUOTES  ANALYST ESTIMATES  OPTIONS  SEC FILINGS  INSIDERS

Market open --Real time quotes  Aug 3, 2016 12:59 p.m.  Previous close  Day low  Day high  52 week low  52 week high
**$753.96**  -6.62 -0.87%  $760.58  $752.25  $758.89  $451.00  $770.50
Volume 2.48m

Income Statement | Balance Sheet | Cash Flow Statement  Annual Financials ▼

### Annual Financials for Amazon.com Inc.

View Ratios

| Fiscal year is January-December. All values USD millions. | 2011 | 2012 | 2013 | 2014 | 2015 | 5-year trend |
|---|---|---|---|---|---|---|
| Sales/Revenue | 48.08B | 61.09B | 74.45B | 88.99B | 107.01B | |
| Cost of Goods Sold (COGS) incl. D&A | 37.29B | 46.8B | 54.63B | 63.88B | 72.98B | |
| COGS excluding D&A | 36.21B | 44.65B | 51.38B | 59.14B | 66.7B | |
| Depreciation & Amortization Expense | 1.08B | 2.16B | 3.25B | 4.75B | 6.28B | |
| Depreciation | 934M | 1.65B | 2.46B | 3.62B | 4.95B | |
| Amortization of Intangibles | 149M | 506M | 793M | 1.13B | 1.33B | |
| Gross Income | 10.79B | 14.29B | 19.82B | 25.11B | 34.02B | |

| | 2011 | 2012 | 2013 | 2014 | 2015 | 5-year trend |
|---|---|---|---|---|---|---|
| SG&A Expense | 9.77B | 13.96B | 18.96B | 25.37B | 32.32B | |
| Research & Development | 2.91B | 4.24B | 6.11B | 8.72B | 11.91B | |
| Other SG&A | 6.86B | 9.72B | 12.85B | 16.65B | 20.41B | |
| Other Operating Expense | 154M | (506M) | - | - | - | |
| Unusual Expense | - | - | - | - | - | |
| EBIT after Unusual Expense | - | - | - | - | - | |
| Non Operating Income/Expense | 76M | (239M) | (250M) | 320M | 270M | |
| Non-Operating Interest Income | 61M | 40M | 38M | 39M | 50M | |
| Equity in Affiliates (Pretax) | - | - | - | - | - | |
| Interest Expense | 65M | 92M | 141M | 210M | 459M | |
| Gross Interest Expense | 65M | 92M | 141M | 210M | 459M | |

Case 2:16-cv-01056-WED   Filed 08/10/16   Page 4 of 13   Document 1-1

|  | 2011 | 2012 | 2013 | 2014 | 2015 | 5-year trend |
|---|---|---|---|---|---|---|
| Interest Capitalized | - | - | - | - | - | |
| Pretax Income | 934M | 544M | 506M | (111M) | 1.57B | |
| Income Tax | 291M | 428M | 161M | 167M | 950M | |
| Income Tax - Current Domestic | 103M | 562M | 144M | 279M | 452M | |
| Income Tax - Current Foreign | 52M | 131M | 173M | 204M | 417M | |
| Income Tax - Deferred Domestic | 157M | (156M) | (133M) | (136M) | 302M | |
| Income Tax - Deferred Foreign | (21M) | (109M) | (23M) | (180M) | (221M) | |
| Income Tax Credits | - | - | - | - | - | |
| Equity in Affiliates | (12M) | (155M) | (71M) | 37M | (22M) | |
| Other After Tax Income (Expense) | - | - | - | - | - | |
| Consolidated Net Income | 631M | (39M) | 274M | (241M) | 596M | |
| Minority Interest Expense | - | - | - | - | - | |
| **Net Income** | **631M** | **(39M)** | **274M** | **(241M)** | **596M** | |
| Extraordinaries & Discontinued Operations | - | - | - | - | - | |
| Extra Items & Gain/Loss Sale Of Assets | - | - | - | - | - | |
| Cumulative Effect - Accounting Chg | - | - | - | - | - | |
| Discontinued Operations | - | - | - | - | - | |
| Net Income After Extraordinaries | 631M | (39M) | 274M | (241M) | 596M | |
| Preferred Dividends | - | - | - | - | - | |
| Net Income Available to Common | 631M | (39M) | 274M | (241M) | 596M | |
| EPS (Basic) | 1.39 | (0.09) | 0.60 | (0.52) | 1.28 | |
| Basic Shares Outstanding | 453M | 453M | 457M | 462M | 467M | |
| EPS (Diluted) | 1.37 | (0.09) | 0.59 | (0.52) | 1.25 | |
| Diluted Shares Outstanding | 461M | 453M | 465M | 462M | 477M | |
| EBITDA | 1.95B | 2.99B | 4.11B | 4.49B | 7.99B | |

Copyright 2016 FactSet Research Systems Inc. All rights reserved. Source FactSet Fundamentals.

Sponsored Links

1. **Income Statement Example**
2. **Net Income**
3. **Personal Financial Statement**
4. **Income Tax Service**
5. **Business Financial Statements**


PERSONAL FINANCE


OPINION BOARD
**This is your chance to help make MarketWatch**


SMART HOMES
**Smart homes: How to automate your house**
View More


REAL ESTATE
**Las Vegas estate seeks record $30 million sale**
View More

5 ways to make sure money doesn't ruin your love life

even better (and win $1,000)

MarketWatch.com

[Enter Symbols or Keywords]  [SEARCH]

| Site Index | Company Info | Follow MarketWatch | WSJ.com | Financial News Online |
|---|---|---|---|---|
| Topics | Code of Conduct | | Barron's Online | WSJ.com Small Business |
| Help | View Corrections More | View More RSS | BigCharts | realtor.com |
| Feedback | Advertising Media Kit | Podcasts | Virtual Stock Exchange | Mansion Global |
| Newsroom Roster | Advertise Locally | | | |
| Media Archive | Reprints & Licensing | | | |
| Premium Products | Broker Center | | | |
| Mobile | Your Ad Choices | | | |

**MarketWatch**

Copyright © 2016 MarketWatch, Inc. All rights reserved.
By using this site, you agree to the Terms of Service, Privacy Policy and Cookie Policy.

Intraday Data provided by SIX Financial Information and subject to terms of use. Historical and current end-of-day data provided by SIX Financial Information. Intraday data delayed per exchange requirements. S&P/Dow Jones Indices (SM) from Dow Jones & Company, Inc. All quotes are in local exchange time. Real time last sale data provided by NASDAQ. More information on NASDAQ traded symbols and their current financial status. Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges. S&P/Dow Jones Indices (SM) from Dow Jones & Company, Inc. SEHK intraday data is provided by SIX Financial Information and is at least 60-minutes delayed. All quotes are in local exchange time.

# Amazon.com Inc.
NASDAQ: AMZN

OVERVIEW  PROFILE  NEWS  CHARTS  FINANCIALS  HISTORICAL QUOTES  ANALYST ESTIMATES  OPTIONS  SEC FILINGS  INSIDERS

Market open --Real time quotes  
$753.67   -6.91 -0.91%   Volume 2.49m

Aug 3, 2016 1:02 p.m.  
Previous close $760.58  
Day low $752.25  
Day high $758.89  52 week low $451.00  
52 week high $770.50

Income Statement | Balance Sheet | Cash Flow Statement    Annual Financials

## Annual Financials for Amazon.com Inc.

View Ratios

### Operating Activities

| Fiscal year is January-December. All values USD millions. | 2011 | 2012 | 2013 | 2014 | 2015 | 5-year trend |
|---|---|---|---|---|---|---|
| Net Income before Extraordinaries | 631M | (39M) | 274M | (241M) | 596M | |
| Depreciation, Depletion & Amortization | 1.08B | 2.16B | 3.25B | 4.75B | 6.28B | |
| Depreciation and Depletion | 934M | 1.65B | 2.46B | 3.62B | 4.95B | |
| Amortization of Intangible Assets | 149M | 506M | 793M | 1.13B | 1.33B | |
| Deferred Taxes & Investment Tax Credit | 136M | (265M) | (156M) | (316M) | 81M | |
| Deferred Taxes | 136M | (265M) | (156M) | (316M) | 81M | |
| Investment Tax Credit | - | - | - | - | - | |
| Other Funds | 589M | 802M | 1.34B | 1.68B | 2.41B | |
| Funds from Operations | 2.44B | 2.66B | 4.71B | 5.87B | 9.36B | |
| Extraordinaries | - | - | - | - | - | |
| Changes in Working Capital | 1.46B | 1.52B | 767M | 974M | 2.56B | |
| Receivables | (866M) | (861M) | (846M) | (1.04B) | (1.76B) | |
| Accounts Payable | 3B | 2.07B | 1.89B | 1.76B | 4.29B | |
| Other Assets/Liabilities | 43M | 275M | 399M | 741M | 1.29B | |
| **Net Operating Cash Flow** | 3.9B | 4.18B | 5.48B | 6.84B | 11.92B | |

### Investing Activities

| | 2011 | 2012 | 2013 | 2014 | 2015 | 5-year trend |
|---|---|---|---|---|---|---|
| Capital Expenditures | (1.81B) | (3.79B) | (3.44B) | (4.89B) | (4.59B) | |

Case 2:16-cv-01056-WED   Filed 08/10/16   Page 7 of 13   Document 1-1

|  | 2011 | 2012 | 2013 | 2014 | 2015 | 5-year trend |
|---|---|---|---|---|---|---|
| Capital Expenditures (Fixed Assets) | (1.81B) | (3.79B) | (3.44B) | (4.89B) | (4.59B) | |
| Capital Expenditures (Other Assets) | - | - | - | - | - | |
| Net Assets from Acquisitions | (705M) | (745M) | (312M) | (979M) | (795M) | |
| Sale of Fixed Assets & Businesses | - | - | - | - | - | |
| Purchase/Sale of Investments | 586M | 935M | (520M) | 807M | (1.07B) | |
| Purchase of Investments | (6.26B) | (3.3B) | (2.83B) | (2.54B) | (4.09B) | |
| Sale/Maturity of Investments | 6.84B | 4.24B | 2.31B | 3.35B | 3.03B | |
| Other Uses | - | - | - | - | - | |
| Other Sources | - | - | - | - | - | |
| **Net Investing Cash Flow** | (1.93B) | (3.6B) | (4.28B) | (5.07B) | (6.45B) | |

**Financing Activities**

|  | 2011 | 2012 | 2013 | 2014 | 2015 | 5-year trend |
|---|---|---|---|---|---|---|
| Cash Dividends Paid - Total | - | - | - | - | - | |
| Common Dividends | - | - | - | - | - | |
| Preferred Dividends | - | - | - | - | - | |
| Change in Capital Stock | (277M) | (960M) | - | - | - | |
| Repurchase of Common & Preferred Stk. | (277M) | (960M) | - | - | - | |
| Sale of Common & Preferred Stock | - | - | - | - | - | |
| Proceeds from Stock Options | - | - | - | - | - | |
| Other Proceeds from Sale of Stock | - | - | - | - | - | |
| Issuance/Reduction of Debt, Net | (267M) | 2.79B | (617M) | 4.43B | (3.88B) | |
| Change in Current Debt | - | - | - | - | - | |
| Change in Long-Term Debt | (267M) | 2.79B | (617M) | 4.43B | (3.88B) | |
| Issuance of Long-Term Debt | 177M | 3.38B | 394M | 6.36B | 353M | |
| Reduction in Long-Term Debt | (444M) | (588M) | (1.01B) | (1.93B) | (4.24B) | |
| Other Funds | 62M | 429M | 78M | 6M | 119M | |
| Other Uses | - | - | - | - | - | |
| Other Sources | 62M | 429M | 78M | 6M | 119M | |
| **Net Financing Cash Flow** | (482M) | 2.26B | (539M) | 4.43B | (3.76B) | |
| Exchange Rate Effect | 1M | (29M) | (86M) | (310M) | (374M) | |
| Miscellaneous Funds | - | - | - | - | - | |
| Net Change in Cash | 1.49B | 2.82B | 574M | 5.9B | 1.33B | |
| Free Cash Flow | 2.09B | 395M | 2.03B | 1.95B | 7.33B | |

Copyright 2016 FactSet Research Systems Inc. All rights reserved. Source FactSet Fundamentals.

Case 2:16-cv-01056-WED   Filed 08/10/16   Page 8 of 13   Document 1-1

Sponsored Links

1. New Reverse Mortgage Rates
2. Retirement Planning Calculator
3. Refinance Rates Today
4. Investments for Retirement
5. Stocks Set to Double

PERSONAL FINANCE



**5 ways to make sure money doesn'€™t ruin your love life**

View More

OPINION BOARD



**This is your chance to help make MarketWatch even better (and win $1,000)**

View More

SMART HOMES



**Smart homes: How to automate your house**

View More

REAL ESTATE



**Las Vegas estate seeks record $30 million sale**

View More

MarketWatch.com    [Enter Symbols or Keywords]    SEARCH

| | | | | |
|---|---|---|---|---|
| Site Index | Company Info | Follow MarketWatch | WSJ.com | Financial News Online |
| Topics | Code of Conduct | | Barron's Online | WSJ.com Small Business |
| Help | Corrections | RSS | BigCharts | realtor.com |
| Feedback | Advertising Media Kit | Podcasts | Virtual Stock Exchange | Mansion Global |
| Newsroom Roster | Advertise Locally | | | |
| Media Archive | Reprints & Licensing | | | |
| Premium Products | Broker Center | | | |
| Mobile | Your Ad Choices | | | |

**MarketWatch**
Copyright © 2016 MarketWatch, Inc. All rights reserved.
By using this site, you agree to the Terms of Service, Privacy Policy and Cookie Policy.

Intraday Data provided by SIX Financial Information and subject to terms of use. Historical and current end-of-day data provided by SIX Financial Information. Intraday data delayed per exchange requirements. S&P/Dow Jones Indices (SM) from Dow Jones & Company, Inc. All quotes are in local exchange time. Real time last sale data provided by NASDAQ. More information on NASDAQ traded symbols and their current financial status. Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges. S&P/Dow Jones Indices (SM) from Dow Jones & Company, Inc. SEHK intraday data is provided by SIX Financial Information and is at least 60-minutes delayed. All quotes are in local exchange time.



5/17/2016

Athena Timms
2470 N. 44TH Street 2470 N. 44TH Street
Milwaukee, WI 53210

Dear Athena (EEID: 100866055):

This letter confirms that the date of involuntary termination of your employment with Amazon.com.dedc, LLC is May 16, 2016.

Please review the additional information included in this letter: Important Contact Information, Benefits Termination Chart, and the Employment Reference Authorization.

We wish you the best in your future endeavors.

Sincerely,
Amazon Human Resources

| Important Contact Information | | |
|---|---|---|
| **Who?** | **Why?** | **How?** |
| **ADP** | Use ADP to view your pay statements and W-2 forms for up to three years. Also, elect to receive a paperless W-2. If a password reset is needed, please contact the ERC | https://portal.adp.com/ <br> 888-892-7180 (ERC) <br> For a paperless W-2: Click *Pay & Taxes > Annual Statements > Go Paperless* |
| **Employee Resource Center (ERC)** | Contact the ERC for any post-employment questions, including home address or telephone number updates (important for W-2 delivery). | ERC@amazon.com <br> 888-892-7180 |
| **The Work Number** | Verification of your employment with Amazon is accessed through The Work Number. | 800-367-5690 <br> www.theworknumber.com <br><br> *User ID*: Your Social Security Number <br> *PIN*: Your birthday (MMDDYYYY) <br> *Amazon Employer Code*: 70129 |

 



## Benefits Termination Information Chart

| Benefits and Impact | Action Needed? |
|---|---|
| **Stock-Based Awards**<br>*Restricted Stock Units (RSUs):* If you have Amazon RSUs, you will retain control of any previously vested shares; however, any unvested RSU's are forfeited as of your termination date.<br>*Contact:* Amazon Stock Team stock@amazon.com<br>For vests after April 1, 2014 - Morgan Stanley 866-533-2575, www.stockplanconnect.com<br>For vests prior to April 1, 2014 - Charles Schwab 800-654-2593, http://eac.schwab.com | No: Contact Morgan Stanley or Charles Schwab with questions on your vested shares. |
| **Medical/Vision/Dental/EAP**<br>Your medical, vision, dental, prescription drug coverage and EAP benefits end at the end of the month in which your employment terminated. You will receive a letter explaining your ability to continue these benefits under COBRA within 14 days of the date your coverage ends.<br>*Contact:* COBRA Service Center 877-292-6272<br>Premera Blue Cross 877-995-2696, www.premera.com/amazon<br>Kaiser Permanente 800-464-4000, www.kaiserpermanente.org<br>Vision Service Plan (VSP) 800-877-7195, www.vsp.com<br>Delta Dental/WA Dental Service 800-238-3107, www.deltadentalwa.com<br>ComPsych – Employee Assistance Program 855-435-4333, www.guidanceresources.com | Yes: Sign up for COBRA if you are interested in receiving continued benefits. |
| **FSA Healthcare & Dependent Care**<br>For Healthcare and Dependent Care Spending Accounts, participation ends on your last day of work. However, you may submit claims for reimbursement up to 90 days after the plan year ends for dates of service beginning April 1 of the current plan year through your last day of employment.<br>For Healthcare FSA, claims incurred after your termination date may only be reimbursed if you continue participation in the healthcare flexible spending account through COBRA participation.<br>*Contact:* Connect Your Care 855-609-8616, www.connectyourcare.com | Yes: Apply for reimbursement. Contact COBRA to continue participation. |
| **401(k)**<br>*401(k):* You can elect to receive a distribution of your vested 401(k) account balance through Vanguard. For vested balances over $1,000, you may leave the money in the account and make transfers. For vested balances less than $1,000, you must make an election within 60 days as to how you would like the funds distributed or they will automatically be distributed less tax withholding.<br>*401(k) loan:* You must repay any outstanding loan balance within 60 days of your termination date. If not repaid, the balance will be treated as a distribution paid to you and will be subject to applicable taxes and penalties. Amazon will notify the IRS about the distribution.<br>*Contact:* Vanguard 800-523-1188, www.vanguard.com | Yes: For vested balances less than $1,000, choose your distribution type. Ensure outstanding 401(k) loans are repaid. |
| **Short and Long-Term Disability Insurance**<br>If your date of disability is prior to your termination date, then you may be eligible to continue short and/or long-term disability benefits through your period of disability.<br>*Contact:* Aon Hewitt 888-892-7180 (Option 1)<br>Aetna 888-807-3750 | Yes: Contact Aon Hewitt for ST disability. Contact Aetna for LT disability. |
| **Life Insurance**<br>Basic/Optional Life coverage ends at the end of the month in which you terminate | Yes: Contact Minnesota Life to |



| Benefits Termination Information Chart | |
|---|---|
| Benefits and Impact | Action Needed? |
| employment. Contact Minnesota Life within 60 days of the coverage termination date to continue coverage through an individual policy.<br>*Contact:* Minnesota Life 866-365-2374 | continue coverage. |
| AD&D (Accident) Insurance<br>Coverage for Basic/Optional AD&D ends at the end of the month in which you terminate employment and may not be continued. | None Required |
| Personal Time/ Vacation<br>Accrued but unused vacation time will be paid out on your final paycheck. Except where state law requires otherwise, Amazon does not pay out for personal time. | None Required |



## EMPLOYMENT REFERENCE AUTHORIZATION AND RELEASE FORM

I understand that Amazon's policy is to provide prospective employers and educational institutions with only the dates of employment and positions held by former associates. However, I am specifically requesting and hereby authorize Amazon, including its parent corporation and any affiliated corporations, owners, officers, directors, managers, shareholders, agents, attorneys, associates, successors, and assigns to release any and all information regarding my employment with Amazon and my suitability for employment to any prospective employers or educational institutions who request such information. I understand that regardless of my authorization or request, Amazon has discretion to limit disclosure of my employment information to only the dates of my employment and positions held during my tenure with Amazon.

I understand and agree that any member of Amazon may provide this information to my prospective employers or educational institutions and in so doing, I agree to waive any claims against, and release Amazon from any and all claims and any liability for damages of any kind arising out of or relating to the information provided in an employment reference by Amazon to prospective employers or educational institutions pursuant to this policy. This release and waiver of liability includes any and all claims and liability of any kind, arising under federal, state, and local statutory and common law, including, but not limited to claims for defamation and invasion of privacy, and it is executed on behalf of me, my heirs, beneficiaries, executors, administrators, legal representatives, and assigns. I understand that nothing in this Agreement prevents me from filing a charge or complaint with, or from participating in an investigation or proceeding conducted by, the Equal Employment Opportunity Commission, National Labor Relations Board, or any other federal, state or local agency charged with the enforcement of any laws, or from exercising rights under Section 7 of the National Labor Relations Act to engage in joint activity with other employees. However, I also understand that by signing this Agreement, I am waiving rights to individual relief based on claims asserted in such a charge or complaint, except where such a waiver of individual relief is prohibited.

I hereby represent that I have read the foregoing waiver and release of liability; that I understand its terms; and that I knowingly and voluntarily agree to the terms and conditions therein.

Full Name:_____ Date:_____
             (Signature)

Full Name: Athena Timms
Employee ID Number: 100866055

Mail Completed Forms To:    Amazon
                                       Attn: Employee Resource Center
                                       PO Box 81226
                                       Seattle, WA 98108-1226 USA

