

# Supportive Feedback Document
# Productivity - Documented Verbal

Associate Name: Timms,Athena Elaine (athent)
Manager: Griffin,Jason Richard (NF6-1800)



West.16199334

## Summary

Your recent job performance is not meeting Productivity Expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

Below is a summary of your Productivity Communications

| Level | Count | Most Recent |
| --- | --- | --- |
| Documented Verbal | 1 | 2016-01-21 04:34:36 UTC |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Each Transfer In | Each Transfer In | Level 16+ | 25.09 | 4428 | 177 | 256 | 69.0 | 69.0 | N |
| Stow to Prime | Each Stow to Prime | Level 5+ | 13.21 | 2248 | 170 | 254 | 67.0 | 67.0 | N |

## Performance Trend

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
| --- | --- | --- | --- | --- | --- | --- |
| 2016-02-03 | 9192 | 39.98 | 229.9 | 90.3 | 90.3 | N |
| 2016-02-10 | 7190 | 39.98 | 179.8 | 70.6 | 70.6 | N |
| 2016-02-17 | 7745 | 39.56 | 195.8 | 76.7 | 76.7 | N |
| 2016-02-24 | 8134 | 39.81 | 204.3 | 80.5 | 80.5 | N |
| 2016-03-02 | 7833 | 37.21 | 210.5 | 82.5 | 82.5 | N |
| 2016-03-09 | 6676 | 38.30 | 174.3 | 68.3 | 68.3 | N |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that if an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments





Amazon 000053

By signing below associate acknowledges receipt of document only. Signature does not indicate agreement. If the associate refuses to sign the manager will write "refused to sign" on the associate signature line. Failure to improve may result in further corrective action (e.g. warnings, suspensions, etc) up to and including termination of employment.

Associate Signature _____ Date _____

Manager Signature _____ Date _____

Amazon 000054